

FILED
GREAT FALLS

2009 DEC 21 PM 1 07

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JEFFREY T. MEIER,<br><br>                   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                   Defendant. | No. CV-09-31-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] on December 3, 2009. Plaintiff filed objections on December 16, 2009. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 18

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 21st day of December, 2009.

*SAM E. HADDON*
United States District Judge

---

[2] Document No. 11

[3] Document No. 14