FILED
GREAT FALLS DIV

2011 JUL 7 PM 4 05

PATRICK E. DUFFY, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

JEFFREY T. MEIER,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

No. CV-09-31-GF-SEH

**MEMORANDUM
AND ORDER**

This matter is before the Court on Plaintiff's renewed motion for an award

of fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C.

§ 2412(d), or in the alternative, for an award of contract based fees and costs under

the Social Security Act, 42 U.S.C. § 406(b).

No less than 6 separate rulings were issued denying benefits before the

Ninth Circuit Court of Appeals ordered benefits be paid. The position of the

government in opposing the petition for benefits was substantially justified.

28 U.S.C. § 2412(d); Pierce v. Underwood, 487 U.S. 552, 563-64 (1988).

## **ORDER**

1.   The Motion for EAJA Fees and Costs[1] is DENIED.

2.   The alternative Motion for Fees and Costs under § 406(b)[2] is

GRANTED.  Counsel has provided evidence of the fee agreement with Plaintiff

and of past due benefits awarded.  Fees of $14,856.55 and costs of $805.00 are

approved.

DATED this ___7___ day of July, 2011.

SAM E. HADDON
United States District Judge

---

[1] Document No. 35-1

[2] Document No. 35-2

2